DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEE ANDREW EDDINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LEE ANDREW EDDINS,<br><br>        Defendant. | CASE NO. CR-S-06-246 WBS<br><br>STIPULATION AND ORDER TO CONVERT TRIAL CONFIRMATION HEARING TO STATUS HEARING AND TO VACATE TRIAL DATE |

      This case is currently scheduled for a trial confirmation hearing on August 2, 2006, and for trial on August 15, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case. The defendant requests that time be excluded from his speedy trial rights so that counsel can review discovery and conduct investigation.

      The parties, through their respective counsel, hereby stipulate and agree that the trial confirmation hearing scheduled in this case for August 2, 2006, be converted to a status hearing date and that the trial date of August 15, 2006 be vacated.

      The parties stipulate that the time period from the date of the filing of this motion, June 29, 2006, to August 2, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

      A proposed order is attached and lodged separately for the court's convenience.

1

DATED: July 3, 2006

                        Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Lee Andrew Eddins |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-246 WBS |
| Plaintiff, | ) | |
| v. | ) | PROPOSED ORDER CONVERTING TRIAL |
| | ) | CONFIRMATION HEARING TO STATUS |
| | ) | HEARING AND VACATING TRIAL DATE |
| LEE ANDREW EDDINS, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on July 3, 2006, IT IS HEREBY ORDERED that the trial confirmation hearing currently scheduled for August 2, 2006, be converted to a status hearing, and that the trial date of August 15, 2006, be vacated.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 3, 2006 stipulation, the time under the Speedy Trial Act is excluded from June 29, 2006, through August 2, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 3, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE