```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06-246 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| LEE ANDREW EDDINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his attorney, Lexi Negin, that the Indictment in the above-captioned case should be dismissed as the defendant entered a guilty plea to the offense charged in the Superseding Indictment.

///

///

///

///

1

| | | |
|---|---|---|
| Dated: October 29, 2007 | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>U.S. Attorney |
| | | /s/ Carolyn K. Delaney |
| | | CAROLYN K. DELANEY<br>Assistant U.S. Attorney |
| | | |
| Date: October 29, 2007 | | /s/ Lexi Negin |
| | | LEXI NEGIN<br>Attorney for Mr. Eddins |

**ORDER**

**IT IS HEREBY ORDERED:** That the Indictment in the above-captioned case is hereby dismissed.

Dated: October 30, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE