```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  LEE ANDREW EDDINS

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. Cr. S 06-246 WBS
                                   )
12            Plaintiff,           ) STIPULATION AND [lodged] ORDER TO
                                   ) CONTINUE HEARING DATE
13       v.                        )
                                   )
14  LEE ANDREW EDDINS,             )
                                   )
15            Defendant.           )
                                   )
16  _____ )

17       Defendant, LEE ANDREW EDDINS, by and through his attorney,

18  Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19  STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20  Daniel S. McConkie, hereby stipulate that the hearing on the

21  government's motion for leave to withdraw from stipulation be continued

22  from June 29, 2009, to Monday, July 6, 2009, at 8:30 a.m., in light of

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
```

defense counsel's unavailability on the currently scheduled date.

Dated: June 19, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Daniel S. McConkie*<br>DANIEL S. McCONKIE<br>Assistant U.S. Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Movant<br>LEE ANDREW EDDINS |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on the government's motion for leave to withdraw from stipulation is **CONTINUED** from June 29, 2009, to **Monday, July 6, 2009, at 8:30 a.m.**

Dated: June 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE