HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710

Attorney for
LEE ANDREW EDDINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:06-cr-00246-WBS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED REQUEST FOR ORDER TO |
| | ) | RELEASE PORTION OF PROBATION |
| v. | ) | RECORDS |
| | ) | |
| LEE ANDREW EDDINS, | ) | |
| | ) | Judge:  Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |

Mr. Lee Andrew Eddins, through counsel, Assistant Federal Defender, Hannah R. Labaree, respectfully requests the Court order the United States Probation Office to disclose the "Chronos/Client History" portion of Mr. Eddins' Probation file, for the entirety of his term of supervised release (commenced on December 2, 2016).  This request is made pursuant to Local Rule 461(b), Federal Rule of Criminal Procedure 32, and 18 U.S.C. § 3153(c).

In the instant case, Mr. Eddins requests a copy of his "Chronos/Client History" in anticipation of the dispositional hearing on his two admitted violations of his term of supervised release, to be held July 15, 2019, at 9:00 A.M.

//

//

//

United States Probation Officer John Green and Assistant United States Attorney

Michael Redding have no objection to this request.

DATED: June 21, 2019     Respectfully submitted,

              HEATHER E. WILLIAMS
              Federal Defender


              */s/ Hannah R. Labaree*__
              HANNAH R. LABAREE
              Assistant Federal Defender
              Attorney for JOSEPH D. RYAN


## **O R D E R**

   IT IS SO ORDERED. Based on the unopposed request by Mr. Eddins, through counsel,

and good cause appearing therefrom, the Court hereby orders the United States Probation Office

to disclose the "chronos/client history" portion of Mr. Eddins' Probation file to counsel Hannah

Labaree, attorney for Mr. Eddins. This Order is made pursuant to Local Rule 461(b), Federal

Rule of Criminal Procedure 32, and 18 U.S.C. § 3153(c).

Dated: June 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE